UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| | |
|---|---|
| IN RE:<br><br>COURTNEY B. WILLIAMS and<br>DEENA L. WILLIAMS,<br><br>            Debtors, | **Chapter 7**<br><br>**Bankruptcy Case No.: 08-2284-8-JRL** |
| JAMES B. ANGELL, Chapter 7 Trustee for COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>            Plaintiffs,<br><br>  v.<br><br>WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A. BENEFICIARY Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds,<br><br>            Defendants / Third-Party<br>             Plaintiffs,<br><br>  v.<br><br>STATE EMPLOYEES' CREDIT UNION, PHILIP E. GREER, Trustee, SHERVIN TAHSSILI, SANDMAN & ROSEFIELDE-KELLER, Trustee, DIANA D. LOREY, MATTHEW G. NESTOR, Trustee, BRANCH BANKING & TRUST COMPANY, BB&T COLLATERAL SERVICE CORPORATION, Trustee, THE BROOK FAMILY TRUST, JAMES R. PREVATTE, JR., Trustee, COURTNEY B. WILLIAMS and DEENA L. WILLIAMS,<br><br>            Third-Party Defendants. | **Adversary Proceeding No.: 08-00099-8-JRL** |

1

## NOTICE OF APPEAL

WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A., Beneficiary Under that Certain of Trust recorded at Book 2199, page 477, Brunswick County Register of Deeds, the Defendants / Third-Party Plaintiffs (hereinafter "Appellants"), appeal under 28 U.S.C. § 158 (a) from the Order denying the Appellants' Motion For Relief From Order Granting Summary Judgment (Docket # 99) of the Honorable J. Rich Leonard, United States Bankruptcy Judge for the Eastern District of North Carolina, entered in this adversary proceeding on the 1st day of April, 2009.

The names of all parties to the judgment, order or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, N.A.
Beneficiary Under that Certain of Trust recorded at Book 2199, page 477,
Brunswick County Register of Deeds

Alan B. Powell, Esq.
Christopher C. Finan, Esq.
Roberson Haworth & Reese, PLLC
P.O. Box 1550
High Point, NC 27261
(336) 889-8733
*Attorneys for Appellants*

JAMES B. ANGELL, Chapter 7 Trustee for COURTNEY B. WILLIAMS
and DEENA L. WILLIAMS

James B. Angell, Trustee
P.O. Box 12347
Raleigh, NC 27605-2347
(919) 821-7707
*Chapter 7 Trustee / Plaintiff*

COURTNEY B. WILLIAMS
and DEENA L. WILLIAMS

Algernon L. Butler, Jr.
Butler & Butler, LLP
P.O. Box 38
Wilmington, NC 28402
(910)762-1908
*Attorney for Debtors*

   This the 9th day of April, 2009.

               /s/:  Alan B. Powell
               Alan B. Powell, N.C.S.B. # 17555
               Christopher C. Finan, N.C.S.B. # 27820
               *Attorneys for Appellants*

<u>OF COUNSEL</u>:

ROBERSON HAWORTH & REESE, PLLC
300 N. Main Street; Suite 300
P.O. Box 1550
High Point, NC 27261
Telephone:  336-889-8733
Facsimile:  336-885-1280
Email: apowell@rhrlaw.com
    cfinan@rhrlaw.com