

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Dennis P. Iavarone
Clerk of Court

July 7, 2010

RE:   William R. Echols, Trustee and Wells Fargo Bank Association v. Courtney B. Williams and Deena L. Williams
      7:10-CV-136-D
      **Notice to Parties Regarding Filing of Bankruptcy Appeal**

TO: PARTIES OF RECORD

This is to advise parties that the above-captioned record on appeal was docketed in this court on **July 6, 2010.** The action has been assigned to The Honorable James C. Dever III. Please use the above caption and case number when filing briefs or other documents in this court.

The record will be forwarded to the judge for ruling as soon as briefs are filed in accordance with Rule 8009 of the Federal Rules of Bankruptcy Procedure and Local Civil Rule 83.8, EDNC.

All parties must comply with Local Civil Rule 7.3, EDNC, within seven (7) days of the date of this notice. This local rule requires all parties in a civil or bankruptcy case to file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure form is located on the Eastern District of North Carolina website, www.nced.uscourts.gov.

Sincerely,

DENNIS P. IAVARONE, CLERK OF COURT


 Debby Sawyer  /s/[Clerk]
Deputy Clerk