AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM R. ECHOLS, TRUSTEE and WELLS FARGO BANK, NATIONAL ASSOCIATION, <br>     Appellants, <br><br> v. <br><br><br> JAMES B. ANGELL, CHAPTER 7 TRUSTEE for *COURTNEY B. WILLIAMS AND DEENA L. WILLIAMS,* <br><br>     Appellees. | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:10-CV-136-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the judgment of the bankruptcy court is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 14, 2011** WITH A COPY TO:

Alan B. Powell  (via CM/ECF Notice of Electronic filing)
Christopher C. Finan (via CM/ECF Notice of Electronic filing)
James B. Angell (via CM/ECF Notice of Electronic filing)


<u>March 14, 2011</u>                    DENNIS P. IAVARONE, Clerk
Date                                  Eastern District of North Carolina

                                          /s/ Debby Sawyer
                                          (By) Deputy Clerk


Raleigh, North Carolina